UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DELORIS PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:10-CV-1197-G (BH) |
| UNITED PARCEL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF THE COURT ON RECOMMENDATION REGARDING REQUEST TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

Considering the record in this case and the recommendation of the magistrate

judge, the court hereby finds and orders:

( )    The request for leave to proceed *in forma pauperis* on appeal
is GRANTED.

(**X**)    The application for leave to proceed *in forma pauperis* on
appeal is **DENIED** because the court certifies pursuant to
28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3) that
the appeal is not taken in good faith.  In support of this
certification, the court adopts and incorporates by
reference the order filed in this case on July 3, 2013
(docket entry 156).  Based on those findings, this court
finds that the appeal presents no legal points of arguable
merit and is therefore frivolous.

(**X**)   Although this court has certified that the appeal is not taken in good faith under 28 U.S. C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the plaintiff may challenge this finding pursuant to *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.

**SO ORDERED**.

July 10, 2013.

A. JOE FISH
**Senior United States District Judge**